**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| Jimmy Ray Henry | ) | Case No. _____ |
| 3206 Yanceyville Street, Apt. H | ) | Chapter  13 |
| Greensboro, NC 27405 | ) | |
| | ) | |
| Faith Bell Henry | ) | |
| 3206 Yanceyville Street, Apt. H | ) | |
| Greensboro, NC 27405 | ) | |
| | ) | |
| | ) | |
| | ) | |
| SS# xxx-xx-3051 | ) | |
| SS# xxx-xx-2457 | ) | |
| Debtor(s) | ) | |

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  March 27, 2015 .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I. Plan Payments**

The plan proposes a payment of $680.00 per month for a period of 60 months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II. Administrative Costs**

   **1. Attorney fees.**

   ☐ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $____ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

   ■ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

   **2. Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III. Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

   **1. Domestic Support Obligations ("DSO")**

   a. ■ None

   b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
| | | |

   c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
| | | |

   **2. Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| Employment Security Commission | $0.00 |
| Guilford County Tax Department | $0.00 |
| Internal Revenue Service | $13,349.82 |
| Internal Revenue Service | $173.00 |
| N.C. Department of Revenue | $0.00 |
| Virginia Department of Taxation | $0.00 |

## IV. Secured Claims

1. **Real Property Secured Claims**

   a. ■ None

   b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

2. **Personal Property Secured Claims**

   a. ☐ None

   b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| Healthshare Credit Union | 2010 BMW 528i VIN: WBANU5C54AC363932 approx mileage 85,000 value is 90% NADA southeastern retail value Location: 3206 Yanceyville Street, Apt. H, Greensboro NC 27405 | $16,882.97 | N | $0.00 | $180.00 | $318.60 | 5% |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do <u>not</u> apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. **Collateral to be Released**

   The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| -NONE- |  |

**4. Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

**V. Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

**VI. General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __1__%.

**VII. Executory Contracts/Leases**

a. ■ None

b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VIII. Special Provisions**

a. ■ None

b. Other classes of unsecured claims and treatment

c. Other Special Terms

Date: March 27, 2015　　　　　　　　　　　　/s/ Mercedes Oglukian Chut
　　　　　　　　　　　　　　　　　　　　　　　Mercedes Oglukian Chut 17916
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　　　　Address:　　620 Green Valley Rd.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 307
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Greensboro, NC 27408
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(336) 274-0352
　　　　　　　　　　　　　　　　　　　　　　　State Bar No.　17916

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
    Jimmy Ray Henry )    **NOTICE TO CREDITORS**
    Faith Bell Henry )    **AND**
)     **PROPOSED PLAN**
SS# xxx-xx-3051 )
SS# xxx-xx-2457 )    Case No. _____
    Debtor(s) )

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

Reid Wilcox
Clerk of Court
U.S. Bankruptcy Court
Middle District of North Carolina
P.O. Box 26100
Greensboro, NC 27402

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
Greensboro Division
Post Office Box 1720
Greensboro, NC 27402-1720

AAC
P.O. Box 2036
28405 Van Dyke Rd.
Warren, MI 48093

Aac
Po Box 2036  28405 Van Dyke Rd
Warren, MI 48093

Aaron's
2143 North Church St.
Burlington, NC 27217

Absolute Collect Svc
421 Fayetteville St. Ste. 600
Raleigh, NC 27601

Absolute Collect Svc
421 Fayetteville St. Ste. 600
Raleigh, NC 27601

Absolute Collect Svc
421 Fayetteville St. Ste. 600
Raleigh, NC 27601

Advanced Cardiovascular Services
104 W NOrthwood St. Ste E
Greensboro, NC 27401-1319

Alamance Regional Medical Center
P.O. Box 202
Burlington, NC 27216-0202

Applied Bank
601 Delaware Ave.
Wilmington, DE 19801

Applied Bank
P.O. Box 15809

Wilmington, DE 19850-5809

Cornerstone Heath Care
P.O. Box 63285
Charlotte, NC 28263-3285

Credit Management LP
4200 International Way
Carrollton, TX 75007

Dr. Mohan N. Harwani
200 E. Northwood St. Suite 504
Greensboro, NC 27401

Employment Security Commission
P.O. Box 26504
Raleigh, NC 27611

Firstpoint Collection Resources
2840 Electric Rd.
Suite 202
Roanoke, VA 24018

George Brown Associates
2200 Crown Post Executive Dr
Charlotte, NC 28227

Greensboro Healthare Credit Union
1200 Elm St.
Greensboro, NC 27401

Guilford County Tax Department
P.O. Box 3328
Greensboro, NC 27402

Healthshare Credit Union
1200 N Elm Street
Greensboro, NC 27401

I C System Inc.
P. O. Box 64378
Saint Paul, MN 55164

Internal Revenue Service
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101

Interstate Credit Collection
711 Coliseum Plaza
Winston Salem, NC 27106

Kernodle Clinic
1234 Huffman Mill Road
Burlington, NC 27215-8777

Merrick Bank
c/o Resurgent Capital Services
P.O. Bank 10368
Greenville, SC 29603-0368

N.C. Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                             Best Case Bankruptcy

Case 15-10336    Doc 2    Filed 03/27/15    Page 7 of 9

Online Collections  
P.O. Box 1489  
Winterville, NC 28590

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Paragon Revenue Group  
216 Le Phillip Court  
Concord, NC 28025

Spartan Financial Service  
13730 S Point Blvd  
Charlotte, NC 28273

Spartan Financial Service  
13730 S Point Blvd  
Charlotte, NC 28273

Spartan Financial Service  
13730 S Point Blvd  
Charlotte, NC 28273

Spartan Financial Service
13730 S Point Blvd
Charlotte, NC 28273

Stern & Associates
415 N. Edgeworth St.,Ste 210
Greensboro, NC 27401

Stern & Associates
415 N. Edgeworth St.,Ste 210
Greensboro, NC 27401

Trident Asset Management
53 Perimeter Ctr E Ste 450
Atlanta, GA 30346-2287

Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218

Wake Forest Univ. Health
6880 W. Snowville Rd., Ste. 210
Brecksville, OH 44141-3255

Date: March 27, 2015            /s/ Mercedes Oglukian Chut
                                Mercedes Oglukian Chut 17916