**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Henry, Jimmy Ray         xxx-xx-3051 | ) | Case No. 15-10336  C-13G |
| Henry, Faith Bell            xxx-xx-2457 | ) | |
| 3206 Yanceyville St., Apt. H | ) | |
| Greensboro, NC 27405 | ) | |
| Debtors. | ) | |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**
**AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN**

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan and recommends that the plan proposed by the above-referenced Debtors be denied confirmation, and in support of the recommendation shows unto the Court as follows:

1. The Debtors propose a plan payment of $680.00 per month beginning April 26, 2015, increasing to $960.00 per month effective May 2015.

2. The Trustee is unable to determine if the Debtors have filed federal and state income tax returns for the four years preceding petition filing.

3. The Trustee is informed and believes that the Debtors have not met confirmation requirements which require that all income tax returns four years prior to petition filing be filed pursuant to the terms of 11 U.S.C. §1325(a)(9).

WHEREFORE, the Trustee recommends that the Court deny confirmation of the plan.

Date:  May 19, 2015                                          s/Anita Jo Kinlaw Troxler
                                                                              Standing Trustee
                                                                              P.O. Box 1720
                                                                              Greensboro, NC 27402-1720
                                                                              (336) 378-9164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Henry, Jimmy Ray      xxx-xx-3051 ) | Case No. 15-10336  C-13G |
| Henry, Faith Bell       xxx-xx-2457 ) | |
| 3206 Yanceyville St., Apt. H ) | |
| Greensboro, NC 27405 ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

JIMMY RAY HENRY
FAITH BELL HENRY
3206 YANCEYVILLE ST APT H
GREENSBORO NC 27405

MERCEDES O CHUT ESQ
620 GREEN VALLEY RD STE 307
GREENSBORO NC 27408

VIRGINIA DEPT OF TAXATION
P O BOX 2156
RICHMOND, VA 23218-2156

APPLIED BANK
P O BOX 15809
WILMINGTON, DE 19850-5809

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF NORTH CAROLINA
101 S EDGEWORTH STREET - 4TH FLOOR
GREENSBORO NC 27401

LORETTA E LYNCH
ATTORNEY GENERAL OF THE U.S.
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001


Date:  May 19, 2015

s/ Pearleen Wimbush
Chapter 13 Office
Greensboro, North Carolina