```
C-13-11a
(Rev. 11/09)
```
                    UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF NORTH CAROLINA
                          GREENSBORO DIVISION


In Re:                                    )
                                          )
Henry, Jimmy Ray         xxx-xx-3051      )
Henry, Faith Bell        xxx-xx-2457      )   Case No. 15-10336 C-13G
3206 Yanceyville St., Apt. H              )
Greensboro, NC 27405                      )
                                          )
              Debtors.                    )


         NOTICE OF PROPOSED PLAN AND HEARING ON CONFIRMATION

1.  A summary of the plan proposed by the Debtors is set forth in the attached
    copy of a proposed Order Confirming Plan in this case.

2.  **A hearing on confirmation of this plan will be held on  June 23, 2015 , at
    2:00 p.m., in Courtroom #1, Second Floor, 101 S. Edgeworth Street, Greensboro,
    NC.  The Debtors and the attorney for the Debtors are required to appear at
    this hearing.**

3.  Any objections to confirmation by parties in interest must be <u>filed</u> within 28
    days of the date of this notice with the Clerk of Court, U.S. Bankruptcy
    Court, P.O. Box 26100, Greensboro, NC, 27420-6100, with copies served on (1)
    Anita Jo Kinlaw Troxler, Standing Trustee, P.O. Box 1720, Greensboro, NC
    27402-1720; (2) the attorney for the Debtors and (3) the Debtors.  If the
    objecting party is a corporation, the objection must be filed by legal counsel
    admitted to practice in this District.

4.  In the event a timely objection is filed, the objection will be heard at the
    hearing on confirmation of this plan as indicated above.

5.  **An objection to the confirmation of the plan has been filed by THE TRUSTEE and
    hearing on the objection will be held on the date referenced above.**

6.  There will be no further mailing of the Order Confirming Plan to affected
    parties unless there is a change in the attached proposed Order Confirming
    Plan.


     DATE:  May 19, 2015               Office of the Clerk
                                       Reid Wilcox, Clerk

C-13-7a
(Rev. 01/12)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **ORDER CONFIRMING PLAN** |
| | ) | **CHAPTER 13** |
| | ) | |
| Henry, Jimmy Ray         xxx-xx-3051 | ) | |
| Henry, Faith Bell        xxx-xx-2457 | ) | Case No. 15-10336 C-13G |
| 3206 Yanceyville St., Apt. H | ) | |
| Greensboro, NC 27405 | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**   The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**  The attorney for the Debtors is Mercedes O. Chut;

**III.** Under the final plan (the "Plan") as proposed:

    **A.   Plan Payments**

        1.   The Debtors are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.   The monthly plan payment to the Trustee is $680.00 beginning April 26, 2015, increasing to $960.00 effective May 2015;

    **B.   Administrative Costs**

        **1.   Attorney Fees.** The Attorney for the Debtors is allowed the base fee of $3,000.00. The Attorney has received $115.00 from the Debtors pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

C. **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

    1.    Internal Revenue Service    -  $12,730.35
    2.    N C Department of Revenue
    3.    VA Dept. of Taxation
    4.    Guilford County Tax Dept.

D. **Secured Claims**

1. **Secured Claims To Be Paid In Full - Real Property**

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| **INTERNAL REVENUE SERVICE (tax lien)** | Y | $13,964.13 | $300.00 | 3% |

2. **Secured Claims To Be Paid In Full - Personal Property**

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|
| ***LAKEVIEW MEMORIAL PARK (2 burial plots)** | Y | $3,672.96 | $75.00 | 5.25% | |

**\*LAKEVIEW MEMORIAL PARK has failed to document a purchase money security interest in two burial plots. The total claim as filed is found to be an unsecured non-priority claim. Upon amendment by LAKEVIEW MEMORIAL PARK documenting a non-preferential perfected lien against personal property, the claim will be allowed as secured as indicated above.**

3. **Partially Secured Claims - Real Property and Personal Property**

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| ***HEALTH SHARE CREDIT UNION (2010 BMW)** | N | | $18,045.00 | $325.00 | 5% | $180.00 |

**\*If the timely filed claim documents a purchase money non-preferential perfected lien on a debt incurred September 28, 2012, or later, and the motor vehicle was acquired for the personal use of the Debtors, the claim is allowed as secured for the filed claim amount.**

**E.     General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is 0%.

**F.    Special Provision.**

**The INTERNAL REVENUE SERVICE is found to be an unsecured non-priority claimant in the amount of $7,726.35 due to the age and type of taxes and no value in the estate to secure the amount.**

**G.**     The Debtor will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, OR a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments.

**H.**     The terms and provisions of the Standing Order dated March 18, 2015, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

**I.     IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT