**SO ORDERED.**

**SIGNED** this 29th day of June, 2015.



BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | **ORDER** | |
| Henry, Jimmy Ray | xxx-xx-3051 ) | | |
| Henry, Faith Bell | xxx-xx-2457 ) | Case No. 15-10336 C-13G | |
| 3206 Yanceyville St., Apt. H | ) | | |
| Greensboro, NC 27405 | ) | | |
| Debtors. | ) | | |

This case came before the Court for hearing on June 23, 2015, on the Objection filed by the Trustee to confirmation of the Debtors' Plan.  All necessary parties having been given adequate notice of the Objection to confirmation and hearing on confirmation, at the hearing, the attorney for the Trustee appeared.

The Court finds after hearing on the Objection by the Trustee to confirmation of the Debtors' Plan that the Objection should be overruled; therefore, it is

ORDERED that the Objection by the Trustee to confirmation of the Debtors' Plan is overruled.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
15-10336 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

JIMMY RAY HENRY
FAITH BELL HENRY
3206 YANCEYVILLE ST APT H
GREENSBORO NC 27405

MERCEDES O CHUT ESQ
620 GREEN VALLEY RD STE 307
GREENSBORO NC 27408

VIRGINIA DEPT OF TAXATION
P O BOX 2156
RICHMOND, VA 23218-2156

APPLIED BANK
P O BOX 15809
WILMINGTON, DE 19850-5809

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

CIVIL PROCESS CLERK   **(NOT ON MATRIX)**
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF NORTH CAROLINA
101 S EDGEWORTH STREET - 4TH FLOOR
GREENSBORO NC 27401

LORETTA E LYNCH **(NOT ON MATRIX)**
ATTORNEY GENERAL OF THE US
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001