**SO ORDERED.**

**SIGNED this 29th day of June, 2015.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-7a
(Rev. 01/12)

```
                    UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF NORTH CAROLINA
```

| | | |
|---|---|---|
| In Re: | ) | **ORDER CONFIRMING PLAN** |
| | ) | **CHAPTER 13** |
| | ) | |
| Henry, Jimmy Ray          xxx-xx-3051 | ) | |
| Henry, Faith Bell         xxx-xx-2457 | ) | Case No. 15-10336 C-13G |
| 3206 Yanceyville St., Apt. H | ) | |
| Greensboro, NC 27405 | ) | |
| | ) | |
| Debtors. | ) | |

    This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**  The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**  The attorney for the Debtors is Mercedes O. Chut;

**III.**  Under the final plan (the "Plan") as proposed:

    **A.  Plan Payments**

        1.  The Debtors are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.  The monthly plan payment to the Trustee is $680.00 beginning April 26, 2015, increasing to $960.00 effective May 2015, increasing to $995.00 effective July 2015;

    **B.  Administrative Costs**

        **1.  Attorney Fees.** The Attorney for the Debtors is allowed the base fee of $3,000.00. The Attorney has received $115.00 from the Debtors pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

2.   **Trustee costs.**  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

**C.   Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1. Internal Revenue Service   -   $12,805.32
2. N C Department of Revenue
3. VA Dept. of Taxation
4. Guilford County Tax Dept.

**D.   Secured Claims**

1.   **Secured Claims To Be Paid In Full - Real Property**

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| **INTERNAL REVENUE SERVICE (tax lien)** | Y | $13,964.13 | $300.00 | 3% |

2.   **Secured Claims To Be Paid In Full - Personal Property**

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|
| **\*LAKEVIEW MEMORIAL PARK (2 burial plots)** | Y | $3,672.96 | $75.00 | 5.25% | |

**\*LAKEVIEW MEMORIAL PARK has failed to document a purchase money security interest in two burial plots.  The total claim as filed is found to be an unsecured non-priority claim. Upon amendment by LAKEVIEW MEMORIAL PARK documenting a non-preferential perfected lien against personal property, the claim will be allowed as secured as indicated above.**

3.   **Partially Secured Claims - Real Property and Personal Property**

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| **\*HEALTH SHARE CREDIT UNION (2010 BMW)** | N | | $18,045.00 | $325.00 | 5% | $180.00 |

**\*If the timely filed claim documents a purchase money non-preferential perfected lien on a debt incurred September 28, 2012, or later, and the motor vehicle was acquired for the personal use of the Debtors, the claim is allowed as secured for the filed claim amount.**

**E.**     **General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration.  The estimated dividend to general unsecured claims is 0%.

**F.**     **Special Provision.**

**The INTERNAL REVENUE SERVICE is found to be an unsecured non-priority claimant in the amount of $7,726.35 due to the age and type of taxes and no value in the estate to secure the amount.**

**G.**     The Debtor will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, OR a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments.

**H.**     The terms and provisions of the Amended Standing Order dated May 28, 2015, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

**I.**     **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
15-10336 C-13G

| | |
|---|---|
| ANITA JO KINLAW TROXLER<br>STANDING TRUSTEE<br>PO BOX 1720<br>GREENSBORO NC 27402-1720 | NC DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH NC 27602-1168 |
| JIMMY RAY HENRY<br>FAITH BELL HENRY<br>3206 YANCEYVILLE ST APT H<br>GREENSBORO NC 27405 | CIVIL PROCESS CLERK **(NOT ON MATRIX)**<br>UNITED STATES ATTORNEY'S OFFICE<br>MIDDLE DISTRICT OF NORTH CAROLINA<br>101 S EDGEWORTH STREET - 4TH FLOOR<br>GREENSBORO NC 27401 |
| MERCEDES O CHUT ESQ<br>620 GREEN VALLEY RD STE 307<br>GREENSBORO NC 27408 | LORETTA E LYNCH **(NOT ON MATRIX)**<br>ATTORNEY GENERAL OF THE U.S.<br>US DEPARTMENT OF JUSTICE |
| VIRGINIA DEPT OF TAXATION<br>P O BOX 2156<br>RICHMOND, VA 23218-2156 | 950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530-0001 |
| APPLIED BANK<br>P O BOX 15809<br>WILMINGTON, DE 19850-5809 | |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | |

- 4 -